# Third District Court of Appeal

## State of Florida

Opinion filed August 30, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1412
Lower Tribunal No. 19-37287
_____

**Marsha Collazo, et al.,**
Appellants,

vs.

**Nationstar Mortgage LLC, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

The Law Office of Niles B. Whitten, PLLC, and Niles B. Whitten, (Gainesville), for appellants.

Storey Law Group, P.A., and Christian J. Gendreau (Orlando), for appellee Anchor Stone Fund 2, LLC.

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.  Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").